WESSINGTON SPRINGS STATE BANK, Respondent, v.
VERRY, Appellant.

(143 N. W. 371.)

**Appeal—Brief, Time of Filing—Abandonment of Appeal—Affirmance.**
Notice of appeal was served and filed March 8, 1913; the record was settled May 20, 1913; no stipulation for, nor any application for an order for extension of time to file appellant's brief, was made, and appellant is in default therein. **Held,** appeal will be deemed abandoned, and judgment will be affirmed.
Gates, J., taking no part in this decision.

(Opinion filed October 8, 1913.)

Appeal from Circuit Court, Jerauld County. Hon. FRANK B. SMITH, Judge.

Action by the Wessington Springs State Bank against J. H. Verry. From a judgment for plaintiff, defendant appeals. Affirmed.

*J. G. Bradford,* and *Null & Royhl,* for Appellant.

*J. E. Whiting,* for Respondent.

WHITING, P. J. It appears that the appeal herein was taken by the service and filing of notice of appeal upon the 8th day of March, 1913. It further appears that the record herein was settled on the 20th day of May, 1913. There being no stipulation on file extending the time wherein appellant might serve and file his brief upon appeal and no extension of such time having been asked for, and it therefore appearing that, since the 19th day of June, 1913, the appellant has been in default in the

matter of filing of brief herein, appellant's appeal herein will be and is deemed abandoned; and the judgment appealed from is affirmed.

GATES, J., takes no part in this decision.